# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# Greenbelt Division

IN RE:                                          )
                                                )   Case No.:    19-15399
    TRUDAH A. HARDING                   )   Chapter 13
        Debtor.                         )
                                                )
_____)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

**COMES NOW** the debtor Trudah A. Harding, represented by counsel William C. Johnson III, Esq. pursuant to 11 U.S.C. § 329(a), LBR 2016-1(b) and F.R. Bankr. P. 2016(b), certifies that he has entered his appearance as counsel to the above named debtor, subject to approval of my employment, and that compensation paid to me within one year prior to the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with this bankruptcy proceeding as follows:

      1.    Subject to the limitation provided herein, I am an associate attorney at the Johnson Law Group, LLC.  The Debtor has entered a Retainer Agreement with the Johnson Law Group, LLC and William C. Johnson, Jr., Esq.  I have not received any compensation from the debtor.

      2.    I have not agreed to share any compensation with any other person.

      3.    As a requirement of my employment with the Johnson Law Group, LLC, I shall render legal services for all aspects of the bankruptcy case, including among others: (1) general advice and counsel concerning compliance with the requirements of Chapter 11; (2) preparation of any necessary amendments to the debtor's schedules, statement of financial affairs, and related documents as appropriate; (3) representation of the debtor in possession in all contested matters and adversary proceedings in this Court; (4) representation as appropriate in any

related matters in other Courts; (5) advice and counsel concerning the structure of a plan and any required amendments thereto if conversion to Chapter 11 is allowed; (6) advice concerning the feasibility of confirmation of a plan and representation in connection with the confirmation process; (7) liaison, consultation, and where appropriate, negotiation with creditors and other parties in interest; (8) review of relevant financial information; (9) review of claims with a view to determining which claims are allowable and in what amounts; (10) prosecution of claims objections, as appropriate; (11) representation at the section 341 meeting of creditors and at any hearings or status conferences in court; and (12) such representations as may be necessary and appropriate to the case.

**WHEREFORE**, I hereby certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor in this bankruptcy case.

February 17, 2020                                   Respectfully Submitted,

/s/ *William C. Johnson, III*
William C. Johnson, III
Bar No. 19697
6305 Ivy Lane
Suite 630
Greenbelt, MD 20770
(202) 525-2958
(202) 431-2650

## CERTIFICATE OF SERVICE

I, hereby certify that a copy of the foregoing was served electronically and by first class mail, post prepaid this 17th day of February, 2020 on the following:

Office of the U.S. Trustee
Lynn Kohen, Esq.
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

All creditors on Mailing Matrix

February 17, 2020                    /s/ *William C. Johnson, III.*
                                     William C. Johnson, III
                                     Bar No. 19697