**Fill in this information to identify your case:**

Debtor 1: **Trudah Abenella Harding** (First Name / Middle Name / Last Name)

Debtor 2 (Spouse if, filing): (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known): **19-15399**

■ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1: Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B | $ **2,757,900.00** |
| 1b. Copy line 62, Total personal property, from Schedule A/B | $ **86,838.00** |
| 1c. Copy line 63, Total of all property on Schedule A/B | $ **2,844,738.00** |

### Part 2: Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* | $ **1,243,529.50** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $ **6,653.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | $ **2,200.00** |
| **Your total liabilities** | $ **1,252,382.50** |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I* | $ **8,132.00** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J* | $ **6,131.05** |

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7. **What kind of debt do you have?**

■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14. $ **8,000.00**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| **From Part 4 on *Schedule E/F*, copy the following:** | | **Total claim** |
|---|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ | **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | **6,653.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | **0.00** |
| 9d. Student loans. (Copy line 6f.) | $ | **0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | **+**$ | **0.00** |
| 9g. **Total.** Add lines 9a through 9f. | $ | **6,653.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

Debtor 1: **Trudah Abenella Harding** (First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if filing): (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number **19-15399**

■ Check if this is an amended filing

# Official Form 106A/B
# Schedule A/B: Property

**12/15**

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

1.1

**13604 Canal Vista Court**
Street address, if available, or other description

**Potomac** (City) **MD** (State) **20854-0000** (ZIP Code)

**Montgomery** (County)

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,934,200.00** | **$1,934,200.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**This is the debtor's primary residence. The debtor paid the original mortgage however a fully matured hard money loan is secured by the property.**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Trudah Abenella Harding** Case number *(if known)* **19-15399**

**If you own or have more than one, list here:**

1.2

**619 Allison St. NW**
Street address, if available, or other description

**Washington** **DC** **20011-0000**
City State ZIP Code

**District of Columb**
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$823,700.00** | **$823,700.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**Second Home of the Debtor used as a Hospice for the Debtor's late husband. Maintains ownership of the property.**

---

**If you own or have more than one, list here:**

1.3

**630 Stout Rd**
Street address, if available, or other description

**Randleman** **NC** **27317-0000**
City State ZIP Code

**Randolph**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **Unknown** | **Unknown** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**The debtor's interest in this vacant quarter (0.25) acre lot was received from brother.**

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................................=>** **$2,757,900.00**

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Trudah Abenella Harding** Case number *(if known)* **19-15399**

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

3.1 Make: **Volkswagen**
Model: **Tiguan**
Year: **2018**
Approximate mileage: **17,110**
Other information:
**Debtor's promary vehicle Location: 13604 Canal Vista Court, Potomac MD 20854**

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $26,000.00 | $26,000.00 |

3.2 Make: **Mercedes Benz**
Model: **300 SD**
Year: **1983**
Approximate mileage: **170,000**
Other information:
**The vehicles is currently inoperable and in serious disrepair.**
**Location: 13604 Canal Vista Court, Potomac MD 20854**

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| Unknown | Unknown |

3.3 Make: **Porsche**
Model: **Cayman S**
Year: **2007**
Approximate mileage: **102,000**
Other information:
**Debtor's deceased husband purchased the vehicle for her son in 2007. Debtor's name was placed on the title due to a better credit score. The debtor's son is the only driver of the vehicle.**

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $7,653.00 | $7,653.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5 **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.......................................................................=>** **$33,653.00**

**Part 3:** **Describe Your Personal and Household Items**

**Do you own or have any legal or equitable interest in any of the following items?** — **Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Description | Value |
|---|---|
| **Dining Room half set, living room sofa loveseat and chair, family room furniture, two chairs, table, fur beds, kitchentables and four chairs ,Dishes, china and crystal<br>Location: 13604 Canal Vista Court, Potomac MD 20854** | **$1,500.00** |

7. **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

■ Yes. Describe.....

| Description | Value |
|---|---|
| **One television<br>Location: 13604 Canal Vista Court, Potomac MD 20854** | **$200.00** |

8. **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ No

☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

■ No

☐ Yes. Describe.....

10. **Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No

☐ Yes. Describe.....

11. **Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

■ Yes. Describe.....

| Description | Value |
|---|---|
| **15 Pants, 18 shirts, 25 slacks, 9 dresses, 15 jackets, 12 coats, 20 pairs of shoes, 17 Sweaters, 15 suits, 12 Blouses<br>Location: 13604 Canal Vista Court, Potomac MD 20854** | **$200.00** |

12. **Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

■ Yes. Describe.....

| Description | Value |
|---|---|
| **One necklace and two Bracelets<br>Location: 13604 Canal Vista Court, Potomac MD 20854** | **$500.00** |

13. **Non-farm animals**
*Examples:* Dogs, cats, birds, horses

■ No

☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**

■ No

☐ Yes. Give specific information.....

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Trudah Abenella Harding** Case number *(if known)* **19-15399**

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................** **$2,400.00**

**Part 4: Describe Your Financial Assets**

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

■ No
☐ Yes...................................................................................................................

17. **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
■ Yes........................ Institution name:

| | | Institution name | Current value |
|---|---|---|---|
| 17.1. | **Checking** | **M&T Bank**<br>**Rockville, Maryland 20850** | **$10.00** |
| 17.2. | | **TD Bank**<br>**Rockville, Maryland 20850** | **$700.00** |
| 17.3. | **Checking** | **NASA Credit Union**<br>**Rockville, Maryland 20850** | **$75.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No
☐ Yes.................. Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

■ No
☐ Yes. Give specific information about them..................
Name of entity: % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them
Issuer name:

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

■ No
☐ Yes. List each account separately.
Type of account: Institution name:

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No
☐ Yes. ..................... Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No
☐ Yes............ Issuer name and description.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No
☐ Yes............. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No
☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No
☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No
☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No
■ Yes. Give specific information..

| | |
|---|---|
| **Debtor is owed money from a personal loan made over ten years ago. Debtor doubts the collectibility of this debt.** | **$50,000.00** |

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

■ No
☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No
☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No
☐ Yes. Describe each claim.........

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Trudah Abenella Harding** Case number *(if known)* **19-15399**

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
- ■ No
- ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
- ■ No
- ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here....................................................................................................................** **$50,785.00**

**Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**
- ■ No. Go to Part 6.
- ☐ Yes. Go to line 38.

**Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ■ No. Go to Part 7.
- ☐ Yes. Go to line 47.

**Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
- ■ No
- ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .................................... **$0.00**

**Part 8: List the Totals of Each Part of this Form**

| | | | |
|---|---|---|---|
| 55. **Part 1: Total real estate, line 2** ........................................................................................................ | | | **$2,757,900.00** |
| 56. **Part 2: Total vehicles, line 5** | **$33,653.00** | | |
| 57. **Part 3: Total personal and household items, line 15** | **$2,400.00** | | |
| 58. **Part 4: Total financial assets, line 36** | **$50,785.00** | | |
| 59. **Part 5: Total business-related property, line 45** | **$0.00** | | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | | |
| 61. **Part 7: Total other property not listed, line 54** + | **$0.00** | | |
| 62. **Total personal property.** Add lines 56 through 61... | **$86,838.00** | Copy personal property total | **$86,838.00** |
| 63. **Total of all property on Schedule A/B**. Add line 55 + line 62 | | | **$2,844,738.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

IN RE: )
Trudah A. Harding ) Case No.: 19-15399 TJC
) Chapter 13
Debtor. )
)
_________________________________)

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 26, 2021, a copy of the foregoing was served via first class mail, postage pre-paid and ECF to the following:

Chapter 13 Trustee
Timothy Branigan
9891 Broken Land Pkwy
Suite 301
Columbia, Maryland 21046

Benjamin P. Smith, Esq.
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
12505 Park Potomac Avenue
Sixth Floor
Potomac, Maryland 20854

All Creditors on the Mailing Matrix

Dated: July 26, 2021

/s/***William C. Johnson, Jr.***
William C. Johnson, Jr.

 OFF MARKET

© Google

# 619 Allison St NW

Washington, DC 20011 Petworth

5 Beds 4 Baths 3,004 sqft

**$823,700**

Trulia Estimate

as of Jul 26, 2021

Est. Refi. Payment $3,125/mo*

Refinance Your Home

## Homes for Sale Near 619 Allison St NW

trulia

**$2,250,000** ↓
5bd 5ba 3,700 sqft
3524 Reservoir Rd NW
Georgetown, Washington, DC

**$649,999**
4bd 4ba 2,400 sqft
323 58th St NE
East Corner, Washington, DC

**$400,000**
2bd 1ba 782 sqft
4502 Brooks St NE
Hillbrook, Washington, DC

## Local Information

**Map View**
Explore the area around 619 Allison St NW.

**Street View**
Take a virtual walk around the neighborhood.

**Sch**
1 Ele
2 Mi
1 Hi

## Description

**This property is not currently for sale or for rent on Trulia. The description and property data below may have been provided by a third party, the homeowner or public records.**

This townhouse is located at 619 Allison St NW, Washington, DC. 619 Allison St NW is in the Petworth neighborhood in Washington, DC and in ZIP code 20011. This property has 5 bedrooms, 4 bathrooms and approximately 3,004 sqft of floor space. This property has a lot size of 1,346 sqft and was built in 1923.

## Home Details for 619 Allison St NW

Year Built
**1923**

Parking
**Garage**

Price/Sqft
**No Info**

HOA
**None**



• Verizon - Get Fios Home Internet »

## Price History for 619 Allison St NW

| Date | Price | Event | Source |
|---|---|---|---|
| 10/11/2019 | $900,000 | ListingRemoved | Agent Provided |
| 09/24/2019 | $900,000 | Listed For Sale | Agent Provided |
| 01/18/2018 | $810,000 | ListingRemoved | Agent Provided |
| 10/10/2017 | $810,000 | PriceChange | Agent Provided |
| 09/05/2017 | $899,999 | PendingToActive | Agent Provided |
| 08/31/2017 | $940,000 | Pending | Agent Provided |
| 08/12/2017 | $940,000 | Listed For Sale | Agent Provided |

 Washington

trulia

| | | | |
|---|---|---|---|
| 01/13/2012 | $590,000 | ListingRemoved | Agent Provided |
| 01/05/2012 | $590,000 | Listed For Sale | Agent Provided |

## Property Taxes and Assessment

| | |
|---|---|
| **Year** | 2020 |
| **Tax** | $5,032 |
| **Assessment** | $606,300 |

Home facts updated by county records

## Price Trends

For homes in 20011

*Based on the Trulia Estimate ⓘ

**$776,928**
Typical home value
This home: $823,700 **6% above***

**$994**
Typical Home Value by sqft
This home: $274 **263% below***

Price trends provided by third party data sources.

## Comparable Sales for 619 Allison St NW

| **Address** |
|---|
| 1830-1834 Jefferson Pl NW #9, Washington, DC |
| 6335 N Capitol St NW, Washington, DC |
| 4929 Lowell St NW, Washington, DC |





Washington

trulia

[752 Lamont St NW, Washington, DC](#)

[239 Missouri Ave NW, Washington, DC](#)

[5514 Chillum Pl NE, Washington, DC](#)

[50 Randolph Pl NW, Washington, DC](#)

[216 8th St NE, Washington, DC](#)

[1209 Floral St NW, Washington, DC](#)

Home facts updated by county records

## Assigned Schools

These are the assigned schools for 619 Allison St NW.

### Barnard Elementary School

PK-5 Public 642 Students
District Of Columbia Public Schools

7/10

GreatSchools Rating

Parent Rating Average

My kid he going this school teachers they are the beast and the direcer she is strong all the staff i fill like my families thank you .

Parent Review
4y ago

18 Reviews

GreatSchools ratings are based on test scores and additional metrics when available.

Check with the applicable school district prior to making a decision based on these schools. Learn more.

## Neighborhood Overview



Washington
trulia

Buy: $37.5k - $1.8m

See Local Highlights

Neighborhood stats provided by third party data sources.

## What Locals Say about Petworth

At least 95 Trulia users voted on each feature.

| | |
|---|---|
| 93% | There are sidewalks |
| 89% | It's walkable to restaurants |
| 86% | It's dog friendly |
| 82% | It's walkable to grocery stores |
| 77% | Yards are well-kept |
| 74% | Streets are well-lit |

See All

Learn more about our methodology.

All

Community Dog Owners Parents Commute

Trulia User
Resident 1y ago

*"People always walk their dogs in this neighborhood. People curb*


Washington
trulia
0
Flag

## LGBT Local Legal Protections

See All

LGBT Legal Protections updated by Movement Advancement Project

## Additional Cost

### TV, INTERNET & PHONE

**Get Fios Home Internet**
With the 100% fiber-optic network.

Learn More »

Sponsored by

verizon


You could save on homeowners insurance for your home sweet home!

Start Quote »

Sponsored by

## Contact an Agent

Name

Phone

Email

Message

I'm interested in selling my home at 619 Allison St NW, Washington, DC 20011

Request Info

By pressing Request Info, you agree that Trulia and real estate professionals may contact you via phone/text about your inquiry, which may involve the use of automated means. You are not required to consent as a condition of purchasing any property, goods or services. Message/data rates may apply. You also agree to our Terms of Use Trulia does not endorse any real estate professionals

 trulia

**$973 - $1,438/mo**
Studio-2bd 1ba
Kaywood Gardens Apartme…
Mount Rainier, MD

**$1,395 - $1,915/mo**
Studio-1bd 1ba
Hampton Courts Apartments
U Street Corridor, Washingt…

**$1,683 - $5,381/mo**
Studio-3bd 1-2ba
ONE501 Apartments
Eckington, Washington, DC

619 Allison St NW, Washington, DC 20011 is a 5 bedroom, 4 bathroom, 3,004 sqft townhouse built in 1923. 619 Allison St NW is located in Petworth, Washington. This property is not currently available for sale. The current Trulia Estimate for 619 Allison St NW is $823,700.

Sold > DC > Washington > 20011 > 619 Allison St NW

**Nearby Real Estate**

Houses for Sale Near Me Houses for Sale Near Me by Owner Open Houses Near Me Land for Sale Near Me More

**Nearby Zip Codes**

20009 Homes for Sale 20002 Homes for Sale 20001 Homes for Sale 20037 Homes for Sale More

**Washington Neighborhoods**

Dupont Circle Capitol Hill Logan Circle Columbia Heights More

**20011 Property Types**

Co-Ops Apartments Mobile/Manufactured Homes Single Family Homes More

**Real Estate Guides**

Newest Homes for Sale in District Of Columbia Newest Rentals in District Of Columbia

 trulia

Trulia Corporate About Zillow Group Fair Housing Guide Careers Newsroom Investor Relations Advertising Terms Privacy Terms of Use Listings Quality Policy Subscription Terms Help Privacy Portal Cookie Preference
**Do Not Sell My Personal Information →**

Zillow Group is committed to ensuring digital accessibility for individuals with disabilities. We are continuously working to improve the accessibility of our web experience for everyone, and we welcome feedback and accommodation requests. If you wish to report an issue or seek an accommodation, please let us know.

Copyright © 2021 Trulia, LLC. All rights reserved. Equal Housing Opportunity. Have a Question? Visit our Help Center to find the answer.

Skip photos
Sign in
-- bd | 5 ba | 8,569 sqft
13604 Canal Vista Ct, Potomac, MD 20854
Off market | Zestimate®: $1,934,200 | Rent
Est. refi payment: $8,533/mo
Refinance your lo
Home value
Owner tools
Home details
Neigl
Looking to save?
Refinancing your mortgage at a lower
significant savings. Find a lender in m
save.
Start saving
Home value
Blockhouse
Point
Conservation
Park & Trails
Potomac

Skip photos

-- bd | 5 ba | 8,569 sqft

13604 Canal Vista Ct, Potomac, MD 20854

**Off market** | Zestimate®: **$1,934,200** | Rent

**Est. refi payment:** $8,533/mo $ **Refinance your lo**

Home value | Owner tools | Home details | Neigl

## Looking to save?

Refinancing your mortgage at a lower significant savings. Find a lender in m save.

Start saving

Zil

## Home value

Skip





Skip photos

-- bd | 5 ba | 8,569 sqft

13604 Canal Vista Ct, Potomac, MD 20854

**Off market** | Zestimate®: **$1,934,200** | Rent

**Est. refi payment:** $8,533/mo $ **Refinance your lo**

Home value | Owner tools | Home details | Neig

## Looking to save?

Refinancing your mortgage at a lower significant savings. Find a lender in m save.

Start saving

Zil

## Home value

Skip

Skip photos

  

-- bd | 5 ba | 8,569 sqft

13604 Canal Vista Ct, Potomac, MD 20854

**Off market** | Zestimate®: **$1,934,200** | Rent

**Est. refi payment:** $8,533/mo $ **Refinance your lo**

Home value Owner tools Home details Neigl

**Looking to save?**

Refinancing your mortgage at a lower significant savings. Find a lender in m save.

Start saving

Zil

## Home value

Skip



Skip photos

  

-- bd | 5 ba | 8,569 sqft

13604 Canal Vista Ct, Potomac, MD 20854

**Off market** | Zestimate®: **$1,934,200** | Rent

**Est. refi payment:** $8,533/mo $ **Refinance your lo**

Home value Owner tools Home details Neig

**Looking to save?**

Refinancing your mortgage at a lower significant savings. Find a lender in m save.

Start saving

Zil

## Home value

for sale

rogram,
listing
rms,

the site.

nation
y be
ch
be

Skip

Skip photos

or sale.
able but

-- bd | 5 ba | 8,569 sqft
13604 Canal Vista Ct, Potomac, MD 20854

**Off market** | Zestimate®: **$1,934,200** | Rent

**Est. refi payment:** $8,533/mo $ **Refinance your lo**

Home value | Owner tools | Home details | Neigh

$596,500

## Looking to save?

Refinancing your mortgage at a lower significant savings. Find a lender in m save.

Start saving

Zil

-

## Home value

$291,800

-

$257,700

$417,500

$641,500

$407,700

$476,300

$390,100

-

Skip

Skip photos

  

-- bd | 5 ba | 8,569 sqft
13604 Canal Vista Ct, Potomac, MD 20854

**Off market** | Zestimate®: **$1,934,200** | Rent

**Est. refi payment:** $8,533/mo $ **Refinance your lo**

Home value Owner tools Home details Neigl

**Looking to save?**

Refinancing your mortgage at a lower significant savings. Find a lender in m save.

Start saving

Zil

:ing the

## Home value

Skip

Skip photos

-- bd | 5 ba | 8,569 sqft
13604 Canal Vista Ct, Potomac, MD 20854

**Off market** | Zestimate®: **$1,934,200** | Rent

**Est. refi payment:** $8,533/mo $ **Refinance your lo**

Home value Owner tools Home details Neigh

## Looking to save?

Refinancing your mortgage at a lower significant savings. Find a lender in m save.

Start saving

Zil

## Home value



| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Trudah Abenella Harding** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND | | |
| Case number (if known) | **19-15399** | | |

■ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person __________ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Trudah Abenella Harding**
**Trudah Abenella Harding**
Signature of Debtor 1

Date **July 26, 2021**

X __________
Signature of Debtor 2

Date __________

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy