**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(GREENBELT)**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **TRUDAH A. HARDING** | ) | **Case No. 19-15399 TJC** |
| | ) | **(Chapter 13)** |
| **Debtor.** | ) | |
| | ) | |
| | ) | |
| **TRUDAH A. HARDING** | ) | |
| | ) | |
| **Plaintiff/** | ) | |
| **Counter-Defendant,** | ) | |
| | ) | |
| **v.** | ) | **Adversary Case No. 19-00350 TJC** |
| | ) | |
| **HARD MONEY BANKERS, LLC** | ) | |
| | ) | |
| **Defendant/** | ) | |
| **Counter-Plaintiff.** | ) | |
| | ) | |

**NOTICE OF INTENT TO COMPROMISE CONTRAVERSY AND SETTLE CLAIMS –**
**<u>RELIEF INCLUDES EQUITABLE SERVITUDE</u>**

To whom it may concern, you are hereby notified that unless objection is made on or before twenty-one (21) days from the date of this notice, the Debtor, Trudah A. Harding ("Debtor") will proceed to compromise claims between the estate and Hard Money Bankers, LLC ("Creditor") as more fully set forth in the Consent Motion for Approval of Settlement and Compromise of Controversy Between the Debtor and Hard Money Bankers, LLC – Relief Includes Equitable Servitude ("Motion") filed in Adversary Case No. 19-00350 TJC.  A copy of the Motion and its related proposed order are attached hereto as **<u>Exhibit A</u>** and **<u>Exhibit B</u>**, respectively.  The requested relief in the Motion and its related proposed order includes imposing an equitable servitude upon Debtor's property located at 13604 Canal Vista Court, Potomac, MD 20854 ("Property").

The proposed settlement resolves a dispute between Debtor and Creditor with regard to two loans made by the Creditor to the Debtor, which are secured by the Property, and which are evidenced by Claim No. 3 and Claim No. 4 filed in Debtor's bankruptcy case.  The proposed settlement provides that the Debtor may pay off both of Creditor's claims on or before March 31, 2022 for the total amount of $899,000.00.  In the event the loans are not paid by the deadline, Creditor shall be entitled to the full amount owed under its claims, the stay of 11 U.S.C. § 362(a) shall be lifted, and an equitable servitude will be imposed against the Property.  The Creditor and Debtor submit in the Motion that settlement is in the best interest of the estate and recommend

acceptance of this compromise, which would alleviate the need for litigation and resulting expense to the bankruptcy estate.  Such compromise also eliminates the risk associated with further litigation.

Any objections to the aforementioned should be filed, in writing, with the Clerk of the United States Bankruptcy Court for the District of Maryland, 6500 Cherrywood Lane, Greenbelt, MD  20770, and a copy of such objection should be sent to undersigned counsel.

Respectfully submitted,

**SHULMAN, ROGERS, GANDAL,
PORDY & ECKER, P.A.**

Date: <u>October 20, 2021</u>

/s/ Benjamin P. Smith_____
Benjamin P. Smith
Federal Bar No. 17680
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
12505 Park Potomac Avenue
6th Floor
Potomac, MD  20854
Tel: 301-230-5241
Fax: 301-230-2891
bsmith@shulmanrogers.com
*Counsel for Plaintiff/Movant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 20th day of October, 2021, true copies copy of the foregoing **Notice** along with copies of its related **Consent Motion** and **Consent Order** were served via the Court's ECF system, to:

Timothy P. Branigan                     cmecf@chapter13maryland.com
*Chapter 13 Trustee*

William C. Johnson                      wcjjatty@yahoo.com;
*Counsel for Debtor*                    wjohnson@dcmdconsumerlaw.com;
                                        johnsonwr90391@notify.bestcase.com;
                                        willjohnson729@gmail.com

Michael J. Klima                        bankruptcy@peroutkalaw.com
*Counsel for Santander Consumer USA Inc.*


   /s/ Benjamin P. Smith
Benjamin P. Smith

3