IN THE UNITED STATES BANKRUPTCY COURT
For The District of Maryland
    At Greenbelt

To:  The Honorable Judge Catliota

From:  Trudah Harding

Re:  Chapter 13
    Case No. 19-1-5399-TC

FILED

2022 JAN 14  PM 3: 11

U.S. BANKRUPTCY COUR
DISTRICT OF MARYLAND
GREENBELT

Dear Judge Catliota:
I am contacting you in reference to the most reason filing that was filed by my attorney William C
Johnson Jr. on 12-31-2021.  I am humbling requesting that you do not rule on his application for
compensation for attorneys fees in the amount of $61,965.00. I can not afford or pay this amount of
attorneys fees, I never received a statement in reference to attorney's fees.

Thank you for your time and attention concerning this matter.

Respectfully Submitted,

Trudah Harding
January 14, 2022

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

In Re: *Application for Compensation*

\* Case Number: *19-1-5399*

\* Chapter: *13*

**Debtor(s)**

*Toudah Harding*

\*

\*

\*

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT
2022 JAN 14 PM 3:36

## CERTIFICATE OF SERVICE

I hereby certify that on the ___14th___ day of ___January___, 20_22_ a copy of ___the___ ___Application for compensation.___

was mailed first class mail, postage prepaid to:

Name *Timothy P. Branigan*
Address *9891 Broken Land Parkway - suite 301*
City, State, Zip Code *Columbia, Md. 21046*

Name *William C Johnson Jr.*
Address *6305 Ivy Lane - Suite 630*
City, State, Zip Code *Greenbelt, Md. 20770*

Name
Address
City, State, Zip Code

Signature: *Toudah Harding*