_____          ___X__ RETAIN

**Thomas J. Catliota , U. S. BANKRUPTCY JUDGE**     Evidentiary Hrg: Y (N)
                                                    Exhibits Filed: Y/N

PROCEEDING MEMO - CHAPTER 13

Date: 01/25/2022 Time: 02:00

**CASE: 19-15399 Trudah Abenella Harding**

William C. Johnson Jr. and William Carroll Johnson III representing Trudah Abenella Harding (Debtor)

__ T. Branigan __ K. Moulding
          representing Timothy P. Branigan (Trustee)

[131] Application for Compensation for William C. Johnson Jr., Debtor's Attorney, 9/25/2019 - 12/8/2021, Fee: $61,965.00, Expenses: $.. Notice Served on 12/31/2021 Filed by William C. Johnson Jr.. (Attachments: #s4 Proposed Order)

**MOVANT** : William Johnson Trudah Harding BY W Johnson W Johnson

[134] Objection on behalf of Trudah Abenella Harding Filed by Trudah Abenella Harding (related document(s) 131 Application for Compensation filed by Debtor Trudah Abenella Harding). Hearing scheduled for 1/25/2022 at 02:00 PM by videoconference or teleconference. For hearing access information see www.mdb.uscourts.gov/hearings or call 410-962-2688.

**MOVANT** : Trudah Harding BY W Johnson W Johnson

DISPOSITIONS:

Plan: Confirmed Modified Hold Interlineation:$___ Mos.___ Converted to Ch___

Denied without/with leave to amend by:_____ Conf:_____ Dismissed

Continued to: _____March 15, 2022 at 2:00 PM_____

Other Matters: (List Paper No next to ruling)

```
    Granted   _____    Sustained  _____    Denied     _____
    Overruled _____    Withdrawn  _____    Under Adv. _____
    Moot      _____    Consent    _____    Dismissed  _____
    O.T.J. Fee _____
```

DECISION:

[ ] Signed by Court            [ ] Filed by Counsel
[ ] To be prepared by:
     [ ] Movant's counsel       [ ] Court
     [ ] Respondent's counsel   [ ] Other _____

NOTES: - Debtor's counsel to amend plan by February 14
- Debtor and counsel to exchange retention information and file with the Court within 14 days.