

In The United States Bankruptcy Court For The District of Maryland
   At Greenbelt

To: The Honorable Judge Catliota

From: Trudah Harding

Re: Chapter 13
    Case Number: 19-15399

Dear Judge Catliota:

I once again must apologize for having to contact the court in reference to document number 134.

I do hereby withdraw my objection to the Application for Compensa- tion of attorney's fees and with- draw document number 134.

Thank you for your time and attention concerning this matter.

Respectfully your,

Trudah Harding
February 15, 2022

FILED
2022 FEB 18 PM 1:32

CERTIFICATE OF SERVICE

I do hereby certify that a copy of the forging was mailed via first class mail on February 15, 2022, to the address below.

The Johnson Law Group, LLC
William C Johnson Jr. Esq.
6305 Ivy Lane
Suite 630
Greenbelt, Maryland 20770

Thank you,

*Judith Harding* (signature)
Trudah Harding