Entered: February 22nd, 2022
Signed: February 22nd, 2022

**SO ORDERED**

The objection to the application was withdrawn. See ECF 134, 144.



THOMAS J. CATLIOTA
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

| | | | |
|---|---|---|---|
| IN RE: | * | | |
| | * | | |
| Trudah A. Harding | * | Case No.: | 19-15399 TJC |
| Debtor. | * | (Chapter 13) | |
| _____ | * | | |

### ORDER

Upon consideration of Debtor(s)' Counsel's Final Application For Allowance Of Compensation and Notice of Time to Respond to Application of Allowance of Compensation in Adversary Proceeding Case No. 19-00350, and the entire record herein,

**ORDERED** that the Debtor(s)' Counsel's Final Application For Allowance Of Compensation and Notice of Time to Respond to Application of Allowance of Compensation in Adversary Proceeding Case No. 19-00350, is hereby granted,

**AND FURTHER ORDERED**, that fees of $61,965.00 shall be paid to William C. Johnson, Jr. as an unpaid administrative claim.

**AND IT IS FURTHER ORDERED**, that said award shall be paid by the Chapter 13 Trustee as an allowed administrative expense in these proceedings;

**AND IT IS FURTHER ORDERED**, that the allowed amount of $61,965.00 shall be entered as a "Money Judgment;"

**AND IT IS FURTHER ORDERED**, that this is a "Final Application" in Adversary Proceeding Case No. 19-00350.

Copies to:

Office of the U.S. Trustee
6305 Ivy Lane
Suite 620
Greenbelt, Maryland 20770

Office of the Chapter 13 Trustee
Attention: Timothy Branigan
9891 Broken Land Parkway
Suite 301
Columbia, MD 21046

Trudah A. Harding
13604 Canal Vista Ct.
Potomac, Maryland 20854

All creditors on Mailing Matrix

**End of Order**