# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.: 19-15399 |
| TRUDAH A. HARDING ) | Chapter 13 |
| Debtor. ) | |
| ) | |
| _____ ) | |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

**COMES NOW** the debtor Trudah A. Harding, represented by counsel William C. Johnson Jr., Esq. pursuant to 11 U.S.C. § 329(a), LBR 2016-1(b) and F.R. Bankr. P. 2016(b), certifies that he has entered his appearance as counsel to the above named debtor and my employment has been approved. That compensation paid to me since the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with this bankruptcy proceeding as follows:

1.  Subject to the approval of fees and reimbursement of expenses upon application therefore, it has been agreed that I will be compensated based on my regular hourly rate, currently $405.00 per hour, plus reimbursement of expenses. My fee agreement also called for the positing of an initial retainer of $3,500.00. **To date, as of April 20, 2022, the initial retainer in the amount of $3,500.00 to secure the payment of postpetition fees and expenses has been paid by a third party, Charity at its Best, Inc. Debtor's counsel shall make application to this honorable Court for any request to replenish the retainer.** Charity at its Best, Inc. has also paid the Court Ordered Attorney's Fees in Adversary Proceeding No. 19-00350 in the amount of $61,965.00.

2.  I have not agreed to share any compensation with any other person.

3.  As a requirement of my employment with the Johnson Law Group, LLC, I shall render legal services for all aspects of the bankruptcy case, including

1

among others: (1) general advice and counsel concerning compliance with the requirements of Chapter 11; (2) preparation of any necessary amendments to the debtor's schedules, statement of financial affairs, and related documents as appropriate; (3) representation of the debtor in possession in all contested matters and adversary proceedings in this Court; (4) representation as appropriate in any related matters in other Courts; (5) advice and counsel concerning the structure of a plan and any required amendments thereto if conversion to Chapter 11 is allowed; (6) advice concerning the feasibility of confirmation of a plan and representation in connection with the confirmation process; (7) liaison, consultation, and where appropriate, negotiation with creditors and other parties in interest; (8) review of relevant financial information; (9) review of claims with a view to determining which claims are allowable and in what amounts; (10) prosecution of claims objections, as appropriate; (11) representation at the section 341 meeting of creditors and at any hearings or status conferences in court; and (12) such representations as may be necessary and appropriate to the case.

**WHEREFORE**, I hereby certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor in this bankruptcy case.

April 21, 2022                                    Respectfully Submitted,

/s/ *William C. Johnson, Jr.*
The Johnson Law Group, LLC
William C. Johnson, Jr.
6305 Ivy Lane
Suite 630
Greenbelt, MD 20770
William@JohnsonLG.Law
(202) 525-2958
(202) 431-2650

## **CERTIFICATE OF SERVICE**

I, hereby certify that a copy of the foregoing was served electronically and by first class mail, post prepaid this 21st day of April, 2022 on the following:

Office of the U.S. Trustee
6305 Ivy Lane, Suite 620
Greenbelt, MD 20770

All creditors on Mailing Matrix

April 21, 2022                                      /s/ *William C. Johnson, Jr.*
                                                    William C. Johnson, Jr.