**IN THE UNITED STATES BANKRUPTY COURT**
**FOR THE DISTRICT OF MARYLAND**
**At Greenbelt**

In re: *
*
TRUDAH A. HARDING * Case No. : 19-15399 TJC
Debtor * (Chapter 13)
*
* * * * * * * * * * * *

**DEBTOR'S MOTION TO DISMISS**

**COMES NOW** the debtor Trudah A. Harding, represented by counsel William C. Johnson Jr., Esq. pursuant to 11 U.S.C. § 1307(b), requests of this honorable Court to dismiss her voluntary Chapter 13 case. In support of the debtor's request, she submits to this honorable Court as follows:

1. On or about April 20, 2019, the debtor Trudah A. Harding filed for protection under Chapter 13 of the United States Bankruptcy Code.

2. The debtor's financial resources have inhibited her ability to successfully complete a chapter 13 bankruptcy.

3. The debtor contacted counsel and has requested a voluntary dismissal of the Chapter 13 case. Exhibit 1.

4. The debtor respectfully asks this honorable Court to dismiss her from the Chapter 13 bankruptcy without prejudice

**WHEREFORE**, the debtor hereby certify that the foregoing is a complete statement in compliance with 11 U.S.C. § 1307(b) in this bankruptcy case.

**/s/** *Trudah A. Harding*
______________________
Trudah A. Harding

April 21, 2022

Respectfully Submitted,

/s/ *William C. Johnson, Jr.*
The Johnson Law Group, LLC
William C. Johnson, Jr.

6305 Ivy Lane
Suite 630
Greenbelt, MD 20770
William@JohnsonLG.Law
(202) 525-2958
(202) 431-2650

**CERTIFICATE OF SERVICE**

I, hereby certify that a copy of the foregoing was served electronically and by first class mail, post prepaid this 21st day of April, 2022 on the following:

Office of the U.S. Trustee
6305 Ivy Lane, Suite 620
Greenbelt, MD 20770

Timothy P. Branigan
Chapter 13 Trustee
9891 Broken Land Parkway, #301
Columbia, Maryland 21046

All creditors on Mailing Matrix

April 21, 2022

/s/ *William C. Johnson, Jr.*
William C. Johnson, Jr.