Gmail **William Johnson <wcjjatty@gmail.com>**

## Chapter 13-19-15399

1 message

**Trudah Harding** <cranberryj5548@gmail.com> Thu, Apr 21, 2022 at 11:33 AM
To: wcjjatty@gmail.com

Mr. Johnsons,
Dismiss my Chapter 13 Case.
Thank you,
Trudah Harding
Sent from my iPhone